**DISMISS and Opinion Filed March 7, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00985-CV**

**PATRICIA TOLLESON, Appellant**
**V.**
**SHEREYAR JAWAID, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-06008-B**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Smith
Opinion by Justice Smith

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by February 3, 2024. By postcard dated February 6, 2024, we informed appellant her brief was overdue and directed her to file her brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


        /Craig Smith/
        CRAIG SMITH
        JUSTICE

230985F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PATRICIA TOLLESON, Appellant

No. 05-23-00985-CV     V.

SHEREYAR JAWAID, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-23-06008-B.
Opinion delivered by Justice Smith. Justices Partida-Kipness and Nowell participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered March 7, 2024